UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCINO DUQUE MENDOZA,

                Petitioner,

-against-

KRISTI NOEM, et al.,

                Respondents.

26-CV-1260 (LJL)

ORDER TO ANSWER, 28 U.S.C. § 2241

LEWIS J. LIMAN, United States District Judge:

Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. The Court, having examined the Petition, hereby ORDERS that:

By February 18, 2026, at 6:00 PM, Respondents shall file a letter with the following information:

a. whether Petitioner was, as the Petition alleges, *see* Dkt. No. 1 ¶ 14, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

b. Petitioner's A-number, current place of detention, and a contact person who can facilitate prospective counsel's access to Petitioner;

c. the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

d. If the asserted basis for Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A), whether there is any basis to distinguish this case from *Tumba v. Francis*, 2025 WL 3079014 (S.D.N.Y. Nov. 4, 2025), and from *O.F.C. v. Almodovar*, 2026 WL 74262 (S.D.N.Y. Jan. 9, 2026). If not, whether Respondents would consent to issuance of the writ—subject to preservation of Respondents' arguments for appeal. If there is a basis to distinguish, whether Respondents waive the right to submit an answer and consent to issuance of the writ subject to preservation of Respondents' arguments for appeal.

e. a copy of any final order of removal; and

    f.   any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

Petitioner may file a letter response by February 19, 2026, at 6:00 PM.

The parties shall then appear for an in-person hearing before the Court on February 20, 2026, at 2:00 PM, in Courtroom 15C of the 500 Pearl Street Courthouse. By February 18, 2026, Petitioner's counsel shall file a letter with the Court indicating whether Petitioner wishes to be present for the hearing and, if so, whether an interpreter is necessary. If Petitioner wishes to attend the hearing, the Government shall arrange for his presence and provide for an interpreter as necessary.

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo.

2

Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

### CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

By February 18, 2026, at 6:00 PM, Respondents shall file a letter with the Court with the information described in this Order.

SO ORDERED.

Dated:  February 17, 2026
        New York, New York

_____
LEWIS J. LIMAN
United States District Judge

3