USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCINO DUQUE MENDOZA,

Petitioner,

-v-

KRISTI NOEM, et al.,

Respondents.

26-cv-1260 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing today on the Petition for a Writ of Habeas Corpus. At the hearing, the Government represented that it would provide the I-200 Warrant of Arrest in this case by 5:30 PM today, February 20, 2026. The Court ordered that it do so. The Government has since failed to follow through on its representations and to obey the Court's directive. Nor has it filed a letter explaining why it could not do so in the time permitted.

The Government is hereby ordered to show cause by February 21, 2026, at 10:00 AM why a negative inference should not be drawn against it regarding the existence of such a warrant and the statutory basis for Petitioner's initial detention.

SO ORDERED.

Dated: February 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge