UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUCINO DUQUE MENDOZA,

                                Petitioner,                    26 **CIVIL** 1260 (LJL)

       -against-                                   **JUDGMENT**

KRISTI NOEM, et al.,

                             Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 23, 2026, the Petition is conditionally GRANTED. Petitioner is hereby ordered released unless by March 6, 2026 the Government holds a bond hearing before an IJ at which the Government bears the burden of establishing by clear and convincing evidence that Petitioner is either a danger to the community or a flight risk. In considering dangerousness and/or risk of flight and in setting any bond amount, the IJ must meaningfully consider alternatives to detention and Petitioner's ability to pay a bond. Petitioner shall also be entitled to issue subpoenas prior to the hearing and to confront and cross-examine adverse witnesses at the hearing. To avoid the relief in the Order becoming illusory, the Government is enjoined from exercising an automatic stay should the IJ determine that release on bond is appropriate. The IJ may not consider or invoke 8 U.S.C. § 1225(b)(2) as a basis for Petitioner's detention, nor may the Government rely on the statute as grounds for an appeal to the BIA. The Court retains jurisdiction over this matter to ensure compliance with its Order and, should it determine that its Order has not been complied with, also retains jurisdiction to grant Petitioner the full relief he has sought (i.e., release). The Government is ordered to

provide this Memorandum and Order to the IJ in advance of any hearing and to provide the

Court with a transcript of any such hearing within one week.

**DATED:**  New York, New York
            February 27, 2026

                                        **TAMMI M. HELLWIG**

                                        _____
                                                **Clerk of Court**

                        **BY:**              _K. mango_

                                        _____
                                                **Deputy Clerk**