**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 9, 2026

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Government is ORDERED to obtain and file a transcript of the hearing by March 16, 2026.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

March 10, 2026

Re: *Lucino Duque Mendoza v. Kristi Noem et al.,* No. 26 Civ. 1260 (LJL)

Dear Judge Liman:

This Office represents the Government in this habeas corpus action. On February 27, 2026, the Court granted the petition and ordered Petitioner released unless by March 6, 2026 the Government holds a bond hearing before an immigration judge at which ICE bears the burden of establishing by clear and convincing evidence that Petitioner is either a danger to the community or a flight risk. Dkt. No. 16. The Court further ordered the Government to provide the Court with a transcript of any such hearing within one week.

I write respectfully to inform the Court that Petitioner received the ordered bond hearing March 4, 2026. At the conclusion of that hearing, the immigration judge denied bond upon a determination that ICE met its burden of establishing that Petitioner presents a danger to the community. *See* Short Order Denying Bond (attached). The Government has obtained the audio recording of the bond hearing, and will deliver that recording to the Court later today.[1]

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov

cc: Counsel of Record (by ECF)

[1] The Executive Office for Immigration Review does not transcribe custody proceedings, and so no transcript is readily available. If the Court would like this Office to order a bond transcript from a third-party transcription service, we will do so upon the Court's request.