UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LUCINO DUQUE MENDOZA,                                              :
:
:
Petitioner,                          :
:                       26-cv-1260 (LJL)
-v-                                             :
:                          ORDER
:
KRISTI NOEM, et al.,                                              :
:
Respondents.                         :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/11/2026

LEWIS J. LIMAN, United States District Judge:

The Court will hear argument on Petitioner's motion to enforce, *see* Dkt. No. 21, on May 19, 2026, at 2:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse.  By May 13, 2026, Petitioner's counsel shall file a letter with the Court indicating whether Petitioner wishes to be present for the hearing.

SO ORDERED.

Dated: May 11, 2026
New York, New York
_____
LEWIS J. LIMAN
United States District Judge