# THE BRONX DEFENDERS

5/15/2026

Via ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The conference scheduled for 10:00 AM on May 20, 2026, in Courtroom 15C of the 500 Pearl Street Courthouse is hereby adjourned to 11:00 AM on that same date and at that same location.

Respondents are hereby ordered to produce Petitioner for the hearing. The Court will arrange for the provision of a Spanish interpreter.

RE: *Duque Mendoza v. Noem et. al.*, No. 26 Civ. 1260 (LJL)

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

May 18, 2026

Dear Judge Liman:

Please excuse the late filing of this letter. I had numerous other deadlines this week and because of that, I neglected to file this letter requesting production by the date outlined in the Court's Order from May 11, 2026. My apologies to the Court and Respondents.

At this time, Petitioner, Lucino Duque Mendoza ("Mr. Duque Mendoza"), through counsel respectfully requests to be physically present for the Court's in-person hearing, scheduled now for May 20, 2026, at 10:00 AM, in Courtroom 15C at 500 Pearl Street, New York, NY. Respondents failed to produce Mr. Duque Mendoza for his last hearing in this matter, so he especially would like to be present for this upcoming hearing.

Mr. Duque Mendoza is currently in the custody of U.S. Immigration and Customs Enforcement at the Orange County Correctional Facility in Goshen, New York. In addition, Mr. Duque Mendoza requests an interpreter in Spanish.

Sincerely,

Aurora Maoz
Counsel for Mr. Duque Mendoza
amaoz@bronxdefenders.org
347-842-1419