UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LUCINO DUQUE MENDOZA,

              Petitioner,

    -v-

KRISTI NOEM, et al.,

            Respondents.

-------------------------------------------------------------------X

26-cv-1260 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/20/2026

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing today on Petitioner's motion to enforce the Court's prior order conditionally granting the petition for a writ of habeas corpus.  Dkt. Nos. 15, 21.  For the reasons provided on the record, and to be further detailed in a written decision to follow, the motion is GRANTED.  Respondents are hereby ordered to release Petitioner by 5:00 PM today, May 20, 2026, and to certify that they have done so.

By the end of the day today, Petitioner shall post bond in the amount of $3,000 and certify that he has done so.  The Court will hold a hearing on May 27, 2026, at 12:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse to confirm that bond has been posted. Petitioner is directed to appear at the hearing.  That hearing will be canceled in the event that bond is posted.

The Clerk of Court is respectfully directed to close Dkt. No. 21.

SO ORDERED.

Dated: May 20, 2026
     New York, New York

                                  LEWIS J. LIMAN
                          United States District Judge