THE BRONX
DEFENDERS

5/22/2026

Via ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The hearing scheduled for May 27, 2026, at 12:00 PM is hereby CANCELED.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

May 22, 2026

RE: *Duque Mendoza v. Noem et. al.*, No. 26 Civ. 1260 (LJL)

Dear Judge Liman:

This letter is to inform the Court that the U.S. Department of Homeland Security accepted bond payment in this matter in the amount of $3,000 on May 21, 2026. Please see attached bond contract. For that reason, we respectfully request that the status hearing currently scheduled for May 27, 2026, at 12:00 PM be canceled.

Sincerely,

*Aurora Maoz*
*Counsel for Mr. Duque Mendoza*
amaoz@bronxdefenders.org
347-842-1419